IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| HUGH MICHAEL GLENN, #09541-078, | ) | |
| Movant, | ) | No. 3:20-CV-1997-N-BH |
| vs. | ) | No. 3:16-CR-0447-N-1 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | Referred to U.S. Magistrate Judge[1] |

**ORDER**

Before the Court is the *Motion*, received on September 9, 2020 (doc. 6), under 28 U.S.C. § 2255, seeking to vacate, set aside, or correct sentence by a person in federal custody. On July 30, 2020, it was recommended that the movant's initial motion for an extension of the one-year statute of limitations to file a § 2255 motion be dismissed for lack of jurisdiction, unless he filed his § 2255 motion within the fourteen-day period for objecting to the recommendation, or by some other deadline set by the Court. (*See* doc. 3.) The movant's deadline to file his § 2255 motion was extended, and he has now filed his formal motion. Accordingly, the July 30, 2020 findings, conclusions, and recommendation, which have not yet been accepted, are hereby **VACATED**.

**SO ORDERED this 14th day of September, 2020.**

IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE

---

[1] By *Special Order 3-251*, this habeas case has been automatically referred for findings, conclusions, and recommendation.